

U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square  Main: (602) 514-7500
40 N. Central Ave., Suite 1200  Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

August 11, 2015

Honorable John Z. Boyle
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 321
401 W. Washington Street, Space 75
Phoenix, Arizona 85003

**SEALED**

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 1 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Re:   *United States v. Murray John Lawson*
      USAO No. 2012R32240
      Court No.   CR-15-986-PHX-DGC (JZB)

Dear Judge Boyle:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☐   A CONFLICT MAY EXIST

   ☐   The case or matter or defendant was in a Phoenix Southwest Border Section of the United States Attorney's Office for the District of Arizona while you were serving in a supervisory capacity over Southwest Border matters (**December 1, 2012 through September 9, 2014**).

   ☐   My review of the file indicates that you had direct involvement in this case or matter while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona (**April 5, 2004 through September 9, 2014**).

☒   NO PROBABLE CONFLICT

   ☒   The case or matter or defendant was not in a Phoenix Southwest Border Section of the United States Attorney's Office for the District of Arizona while you were serving in a supervisory capacity over Southwest Border matters (**December 1, 2012 through September 9, 2014**), and my review of the file indicates you had no direct involvement in this matter.

Sincerely,

JOHN S. LEONARDO
United States Attorney
District of Arizona

RAYMOND K. WOO
Assistant United States Attorney

RW/ebl



**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square　　　　　　　　Main:　(602) 514-7500
40 N. Central Ave., Suite 1200　　　　　Main Fax:　(602) 514-7693
Phoenix, AZ  85004-4408

August 11, 2015

Honorable Diane J. Humetewa
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 W. Washington Street, SPC 81
Phoenix, Arizona 85003-2154

**SEALED**

Re:　*United States v. Murray John Lawson*
　　　USAO No. 2012R32240
　　　Court No.  CR-15-986-PHX-DGC (JZB)

Dear Judge Humetewa:

  This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☐　A CONFLICT MAY EXIST

  ☐　The case or matter was in this office while you were the United States Attorney for the District of Arizona (**December 17, 2007 to August 2, 2009**).

  ☐　The case or matter was in this office while you were a Special Assistant United States Attorney for the District of Arizona (**April 28, 1996 through January 3, 1998**) or an Assistant United States Attorney for the District of Arizona (**January 4, 1998 through December 16, 2007**), and my review of the file indicates you had direct involvement in this matter.

☒　NO PROBABLE CONFLICT

  ☒　The case or matter was not in this office while you were serving as the United States Attorney (**December 17, 2007 to August 2, 2009**), and my review of the file indicates you had no direct involvement in this matter.

Sincerely,

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Raymond K. Woo*

RAYMOND K. WOO
Assistant United States Attorney

RW/ebl



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square      Main: (602) 514-7500
40 N. Central Ave., Suite 1200      Main Fax: (602) 514-7693
Phoenix, AZ  85004-4408

August 11, 2015

Honorable Steven P. Logan
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 W. Washington Street, SPC 82
Phoenix, Arizona 85003

**SEALED**

Re:   *United States v. Murray John Lawson*
      USAO No. 2012R32240
      Court No.   CR-15-986-PHX-DGC (JZB)

Dear Judge Logan:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category and sub-category, if applicable):

☐    <u>A CONFLICT MAY EXIST</u>

     ☐    The case or matter was in this office while you were with the United States Attorney's Office in the District of Arizona **(December 30, 2001 through August 28, 2010)**. My review of the file indicates you had direct involvement in this matter.

     ☐    While you were assigned as a Magistrate Judge for the District of Arizona, you reviewed a miscellaneous matter related to this case that was filed with the Clerk's Office. Miscellaneous matters can include, by way of example, applications for search and seizure warrants and orders authorizing the installation of a pen register and trap and trace device, as authorized in Local Rule of Criminal Procedure 57.6(23)-(24).

☒    <u>NO PROBABLE CONFLICT</u>

     ☒    The case or matter was not in this office nor was the defendant in a different case or matter in this office while you were with the United States Attorney's Office in the District of Arizona **(December 30, 2001 through August 28, 2010)**.

     ☐    The case or matter was in this office or the defendant was in a different case or matter in this office while you were with the United States Attorney's Office in the District of Arizona **(December 30, 2001 through August 28, 2010)**. However, my review of the file indicates you did not have direct involvement in this matter.

Sincerely,

JOHN S. LEONARDO
United States Attorney
District of Arizona

RAYMOND K. WOO
Assistant United States Attorney

RW/ebl



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1200 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

August 11, 2015

Honorable John J. Tuchi
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 525
401 W. Washington Street, Space 83
Phoenix, Arizona 85003

# SEALED

Re:   *United States v. Murray John Lawson*
      USAO No. 2012R32240
      Court No.   CR-15-986-PHX-DGC (JZB)

Dear Judge Tuchi:

     This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☒   **A CONFLICT MAY EXIST**

    ☒   The case or matter was in this office while you were serving in the United States Attorney's Office for the District of Arizona in a supervisory capacity over the Criminal Division (**November 26, 2006 through November 15, 2009 or January 1, 2013 through June 1, 2014**).

    ☐   The case or matter was not in this office while you were serving in the United States Attorney's Office for the District of Arizona in a supervisory capacity over the Criminal Division (**November 26, 2006 through November 15, 2009 or January 1, 2013 through June 1, 2014**), but my review of the file indicates you had direct involvement in this matter.

☐   **NO PROBABLE CONFLICT**

    ☐   The case or matter was not in this office while you were serving in the United States Attorney's Office for the District of Arizona in a supervisory capacity over the Criminal Division (**November 26, 2006 through November 15, 2009 or January 1, 2013 through June 1, 2014**), and my review of the file indicates you had no direct involvement in this matter.

                                                    Sincerely,

                                                    JOHN S. LEONARDO
                                                    United States Attorney
                                                    District of Arizona

                                                    RAYMOND K. WOO
                                                    Assistant United States Attorney

RW/ebl