| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| **DISTRICT OF ARIZONA - Phoenix** | |

DATE: 8/18/2015    CASE NUMBER: CR-15-00986-001-PHX-DGC

USA vs. Murray John Lawson

U.S. MAGISTRATE JUDGE: EILEEN S. WILLETT  #: 70CC

A.U.S. Attorney Vincent Kirby on behalf of Raymond Woo    INTERPRETER _____
LANGUAGE _____
Attorney for Defendant James S. Park (CJA)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 8/18/2015

☒ Initial Appearance held
☒ Financial Affidavit taken
☒ Appointment of Counsel Hearing held

| DETENTION HEARING: | ARRAIGNMENT HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset | ☒ Held  ☐ Con't  ☐ Reset |
| Set for: **8/20/2015 at 10:30 a.m.**<br>Before: **Magistrate Judge Eileen S. Willett in Courtroom 606.** | Defendant enters a plea of NOT guilty to all pending counts. |
| ☒ Defendant to remain temporarily detained in the custody of the United States Marshal pending the Detention Hearing. | PRETRIAL MOTIONS DEADLINE: 21 days<br><br>Defendant bound over to U.S.D.C. for trial on: **10/13/2015 at 9:00 a.m. before Judge David G. Campbell in Courtroom 603.** |

Other: The Court GRANTS the Government's oral motion to unseal the Indictment.

Recorded by Courtsmart
BY: Marion Holmes
Deputy Clerk

IA: 3 min.
ARR: 2 min.
4:12 p.m. - 4:17 p.m.