RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX
2015 AUG 12 PM 12: 15

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Murray John Lawson,<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No. CR 15-986-PHX-DGC<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MURRAY JOHN LAWSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1343 - Wire Fraud
18:1028(A) - Aggravated Identity Theft
18:1957(a) - Transactional Money Laundering

Date: 08/12/2015

_____ M. Pruneau (for)
*Issuing officer's signature*

City and state:  Phoenix, Arizona

BRIAN D. KARTH, DCE/ CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/12/2015, and the person was arrested on *(date)* 8/18/2015
at *(city and state)* Sun City West, AZ

Date: 8/19/2015

by: _____  SDUSM STERLING T. CARTER
*Arresting officer's signature*
arrested by FBI

*Printed name and title*