AZD PS 40a  (AZD Rev. 10/12) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
### for the
## District of Arizona

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** Immigration and Customs Enforcement – DRO 2035 N. Central Avenue Phoenix, AZ 85004 | **FROM:** United States Pretrial Services Sandra Day O'Connor Courthouse, Suite 260 401 W. Washington Street, SPC 8 Phoenix, Arizona 85003-2119 (602) 322-7350 Fax: (602) 322-7380 |

### Original Notice

**Date:** September 3, 2015

**By:** Ceci Foster

---

| | | | |
|---|---|---|---|
| Defendant: | Murray John Lawson | Case Number: | 0970 2:15CR00986 |
| Date of Birth: | | Place of Birth: | Saskatchewan |
| SSN: | | Alien ("A") Number: | A076814463 |

---

**Notice of Court Order** (Order Date: September 3, 2015)

The above-named defendant surrendered Passport Number QM020461,  (Issuing Country Canada) to the custody of the U.S. Pretrial Services on September 3, 2015.

---

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court