JAMES SUN PARK, #015232
Park Law Office, PLC
2702 N. Third St., Suite 4005
Phoenix, Arizona 85004
Telephone (602) 462-5700
Facsimile  (602) 253-7276
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL; EXTEND TIME TO FILE PRE-TRIAL MOTIONS; and VACATE STATUS CONFERENCE** |
| vs. | |
| Murray John Lawson, | |
| Defendant. | **(1ST Request)** |

Defendant Murray John Lawson moves to continue the trial date of October 13, 2015, for sixty (60) days.  Undersigned counsel is in the process of receiving the discovery from the government and after obtaining the discovery, defendant will need the additional time to review the information and investigate the case.   Defendant also requests the Court to extend the time for filing pretrial motions and to vacate the status conference currently set for September 28, 2015.

Assistant U.S. attorney Raymond Woo has no objection to these requests.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or from an order based

Respectfully submitted this 8th day of September, 2015.

                                        Park Law Office, PLC

                                        *s/ James S. Park*
                                        James Sun Park
                                        Attorney for Defendant Lawson

The foregoing Motion to Continue Trial (1st Request) and Proposed Order filed via ECF this 8th day of September, 2015.

Copy of the foregoing Motion to Continue Trial e-mailed on the 8th day of September, 2015 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park