IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>     Defendant. | NO. CR 15-00986-PHX-DGC<br><br>**Order** |

Upon defendant Lawson's motion to continue the trial to complete discovery and to extend time to file pre-trial motions and to vacate the status conference and without any objections by the government and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Trial is granted pursuant to 18 U.S.C. § 3161(h)(7)(A).  This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such a

continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that the trial in this case set for October 13, 2015 is continued to _____, 2015 at 9:00 a.m. in Phoenix, Arizona.

IT IS FURTHER ORDERED granting defendant's request for extension of time to file pretrial motions and that defendants shall have until _____ , 2015 to file pretrial motions.

IT IS FURTHER ORDERED vacating the status conference currently set for September 28, 2015

THE COURT finds excludable delay under 18 U.S.C. § 3161(h)_____from_____to_____.