JAMES SUN PARK, #015232
Park Law Office, PLC
2702 N. Third St., Suite 4005
Phoenix, Arizona 85004
Telephone (602) 462-5700
Facsimile  (602) 253-7276
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE TRIAL and EXTEND TIME TO FILE PRE-TRIAL MOTIONS** |
| Murray John Lawson, | |
| Defendant. | **(2nd Request)** |

Defendant Murray John Lawson moves to continue the trial date of December 1, 2015, for sixty (60) days.  Undersigned counsel has obtained the discovery from the government and needs additional time to review the information and investigate the case.   Defendant also requests the Court to extend the time for filing pretrial motions.

Assistant U.S. attorney Raymond Woo has no objection to these requests.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or from an order based.

Respectfully submitted this 3rd day of November, 2015.

                                      Park Law Office, PLC

                                      *s/ James S. Park*
                                      James Sun Park
                                      Attorney for Defendant Lawson

The foregoing Motion to Continue Trial (1st Request) and Proposed Order filed via ECF this 3rd day of November, 2015.

Copy of the foregoing Motion to Continue Trial e-mailed on the 3rd day of November, 2015 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park