1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9
10
11
12
13
14
15

United States of America,

        Plaintiff,

vs.

Murray John Lawson,

        Defendant.

NO. CR 15-00986-PHX-DGC

**Order**

16
17
18
19
20
21
22
23
24
25
26
27
28

     Upon defendant Lawson's motion to continue the trial to complete discovery and to extend time to file pre-trial motions and to vacate the status conference and without any objections by the government and good cause appearing:

     IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Trial is granted pursuant to 18 U.S.C. § 3161(h)(7)(A).  This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such a

continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that the trial in this case set for December 1, 2015 is continued to _____, 2016 at 9:00 a.m. in Phoenix, Arizona.

IT IS FURTHER ORDERED granting defendant's request for extension of time to file pretrial motions and that defendants shall have until _____ , 201__ to file pretrial motions.

THE COURT finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____to_____.