JAMES SUN PARK, #015232
Park Law Office, PLC
2702 N. Third St., Suite 4005
Phoenix, Arizona 85004
Telephone (602) 462-5700
Facsimile  (602) 253-7276
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC |
| --- | --- |
| Plaintiff, | **MOTION TO CONTINUE TRIAL; EXTEND TIME TO FILE PRE-TRIAL MOTIONS; and VACATE STATUS CONFERENCE** |
| vs. | |
| Murray John Lawson, | |
| Defendant. | **(3rd Request)** |

Defendant Murray John Lawson moves to continue the trial date of February 9, 2016, for sixty (60) days.  Undersigned counsel has obtained the discovery from the government and has reviewed the information.  However, defendant is still in the process of obtaining defense materials and needs additional time to obtain the information and further investigate the case.

Defendant also requests the Court to extend the time for filing pretrial motions and vacate the status conference set for January 25, 2016.

Assistant U.S. attorney Raymond Woo has no objection to these requests.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or from an order based.

Respectfully submitted this 7th day of January, 2016.

        Park Law Office, PLC

        *s/ James S. Park*
        James Sun Park
        Attorney for Defendant Lawson

The foregoing Motion to Continue Trial (3rd Request) and Proposed Order filed via ECF this 7th day of January, 2016.

Copy of the foregoing Amended Motion to Continue Trial (3rd Request) e-mailed on the 7th day of January, 2016 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park