IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>    Defendant. | NO. CR 15-00986-PHX-DGC<br><br>**Order** |

Upon defendant Lawson's motion to continue the trial to complete discovery and to extend time to file pre-trial motions and to vacate the status conference and without any objections by the government and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Trial is granted pursuant to 18 U.S.C. § 3161(h)(7)(A).  This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such a

1  continuance would deny the defendant the reasonable time necessary for

2  effective preparation, taking into account the exercise of due diligence.  18

3  U.S.C. § 3161(h)(7)(B)(iv).

4       IT IS FURTHER ORDERED that the trial in this case set for February 9,

5

6  2016 is continued to _____, 2016 at 9:00 a.m. in Phoenix,

7  Arizona.

8

9       IT IS FURTHER ORDERED granting defendant's request for extension

10  of time to file pretrial motions and that defendants shall have until

11  _____ , 2016 to file pretrial motions.

12

13       IT IS FURTHER ORDERED vacating the January 25, 2016 status

14  conference.

15

16       THE COURT finds excludable delay under 18 U.S.C. § 3161(h) _____

17  from _____ to _____ .

18

19

20

21

22

23

24

25

26

27

28

- 2 -