JAMES SUN PARK, #015232
Park Law Office, PLC
2702 N. Third St., Suite 4005
Phoenix, Arizona 85004
Telephone (602) 462-5700
Facsimile  (602) 253-7276
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>　　　　　Defendant. | No. CR 15-00986-PHX-DGC (ESW)<br><br>**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

　　　　Defendant Murray John Lawson moves to modify his conditions of release regarding curfew and location monitoring technology.  At the time released Mr. Lawson in September of 2015, the Court imposed additional conditions including curfew and location monitoring service.  (Dkt# 16).   Since his release, Mr. Lawson has been compliant with his release conditions.  Based upon his compliance, undersigned counsel has contacted the Pretrial Service Officer, Mr. Roquemore, about the removal of the above additional conditions and Mr. Roquemore's office supports the removal of location monitoring program and curfew restrictions.  In addition, Mr. Woo, the assigned Assistant

United States Attorney, has no objections to the removal of the additional conditions mentioned above.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) will occur as a result of this motion or from an order based.

Respectfully submitted this 27th day of January, 2016.

                Park Law Office, PLC

                *s/ James S. Park*
                James Sun Park
                Attorney for Defendant Lawson

The foregoing Motion to Modify Conditions of Release
(1st Request) and Proposed Order filed
via ECF this 27th day of January, 2016.

Copy of the foregoing
e-mailed on the 27th day of January, 2016 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park