IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR 15-00986-PHX-DGC |
|---|---|
| Plaintiff, | **Order** |
| vs. | |
| Murray John Lawson, | |
| Defendant. | |

Upon defendant Lawson's motion to continue modify condition of releae without any objection by the government and Pre-Trial Service Agency and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to modify conditions of release is granted to remove curfew and location monitoring technology effective immediately. All other conditions of release shall remain unchanged.

THE COURT finds excludable delay under 18 U.S.C. § 3161(h)_____ from_____ to_____ .