# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Murray John Lawson,<br><br>　　　　　　　Defendant. | No. CR-15-00986-001-PHX-DGC<br><br>**ORDER** |

　　　　The Court having considered Defendant's Unopposed Motion to Modify Conditions of Release (Doc. 29), there being no objection by the Government or Pretrial Services Agency, and good cause appearing,

　　　　IT IS ORDERED granting Defendant's Unopposed Motion to Modify Conditions of Release (Doc. 29).

　　　　IT IS FURTHER ORDERED modifying Order Setting Conditions of Release (Doc. 16) to remove Curfew and location monitoring technology effective immediately. All other conditions of release are affirmed and shall remain unchanged.

　　　　The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.

　　　　Dated this 28th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge