JAMES SUN PARK, #015232
Park Law Office, PLC
2702 N. Third St., Suite 4005
Phoenix, Arizona 85004
Telephone (602) 462-5700
Facsimile (602) 253-7276
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>　　　　　Defendant. | No.CR 15-00986-PHX-DGC (ESW)<br><br>**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>**(Expedited Ruling Requested)**<br><br>(Second Request) |

　　　Defendant Murray John Lawson moves to modify his conditions of release to allow travel outside of the State of Arizona for work related purposes. Mr. Lawson recently obtained employment which requires him to initially travel to Indiana to receive training[1] and then periodic trips to the areas in the Southwest region of the United States. As part of its conditions of release, the Court imposed a condition that Mr. Lawson not travel outside of the State of Arizona without an approval from either the Court approval or Pretrial Service

---

[1] Next orientation is set for the week of the 15th of February, 2016.

Officer. (Dkt# 16). Defendant has spoken to his Pre-trial Service Officer, Mr. Roquemore, and has provided verification of his employment. Mr. Roquemore does not object to Mr. Lawson's travel outside of the State of Arizona for his employment, but his office would prefer that Mr. Lawson obtain approval from the Court. Mr. Woo, the assigned Assistant United States Attorney, also has no objections to the removal of the additional conditions mentioned above.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) will occur as a result of this motion or from an order based.

Respectfully submitted this 11th day of February, 2016.

Park Law Office, PLC

*s/ James S. Park*
James Sun Park
Attorney for Defendant Lawson

The foregoing Motion to Modify Conditions of Release (2nd Request) and Proposed Order filed via ECF this 11th day of February, 2016.

Copy of the foregoing
e-mailed on the 11th day of February, 2016 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park