IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>  Defendant. | NO. CR 15-0986-PHX-DGC<br><br>**Order** |

Upon defendant Lawson's motion to continue modify condition of release without any objection by the government and Pre-Trial Service Agency and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to modify conditions of release is granted to allow defendant to travel outside of Arizona for work related purposes. In addition, defendant shall provide his pre-trial service officer his itinerary prior to traveling out of Arizona. All other conditions of release shall remain unchanged.

THE COURT finds excludable delay under 18 U.S.C. § 3161(h)_____ from_____ to_____ .