# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00986-001-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Murray John Lawson, | |
| Defendant. | |

The Court having considered Defendant's Unopposed Motion to Modify Conditions of Release (Second Request) (Doc. 31), there being no objection by the Government or Pretrial Services Agency, and good cause appearing,

IT IS ORDERED granting Defendant's Unopposed Motion to Modify Conditions of Release (Doc. 31).

IT IS FURTHER ORDERED modifying Order Setting Conditions of Release (Doc. 16) to allow defendant to travel outside of Arizona but within the United States only for work related purposes.

IT IS FURTHER ORDERED that Defendant shall provide his Pretrial Services Officer his itinerary prior to traveling outside the State of Arizona.  All other conditions of release are affirmed and shall remain unchanged.

///

///

The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.

Dated this 12th day of February, 2016.

_____
Honorable Eileen S. Willett
United States Magistrate Judge