JAMES SUN PARK, #015232
Park Law Office, PLC
2702 N. Third St., Suite 4005
Phoenix, Arizona 85004
Telephone (602) 462-5700
Facsimile  (602) 253-7276
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC |
| --- | --- |
| Plaintiff, | **MOTION TO CONTINUE TRIAL and EXTEND TIME TO FILE PRE-TRIAL MOTIONS** |
| vs. | |
| Murray John Lawson, | **(4th Request)** |
| Defendant. | **(Defendant out of Custody)** |

Defendant Murray John Lawson moves to continue the trial date of April 12, 2016, for sixty (60) days.  Undersigned counsel has obtained the discovery from the government and has reviewed the information.  As stated in its previous motion to continue, defendant is still in the process of obtaining defense materials.  These materials are located in Canada and the records are several years old.  The process has been slower due to the fact that defendant is relying on his family members to retrieve the records on his behalf.  Defendant

and the government also have been actively negotiating a non-trial resolution and believe non-trial resolution is real possibility.

Defendant also requests the Court to extend the time for filing pretrial motions.

Assistant U.S. attorney Raymond Woo has no objection to these requests.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or from an order based.

Respectfully submitted this 4th day of March, 2016.

Park Law Office, PLC

*s/ James S. Park*
James Sun Park
Attorney for Defendant Lawson

The foregoing Motion to Continue Trial (3rd Request) and Proposed Order filed via ECF this 4th day of March, 2016.

Copy of the foregoing Motion to Continue Trial (4th Request) e-mailed on the 4th day of March, 2016 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park