IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>    Defendant. | NO. CR 15-00986-PHX-DGC<br><br>**Order**<br><br>**(4th Request)** |

    Upon defendant Lawson's motion to continue the trial to investigate its defense and to complete discovery, and to extend time to file pre-trial motions and without any objections by the government and good cause appearing:

    IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Trial is granted pursuant to 18 U.S.C. § 3161(h)(7)(A).  This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

      IT IS FURTHER ORDERED that the trial in this case set for April 12, 2016 is continued to _____, 2016 at 9:00 a.m. in Phoenix, Arizona.

      IT IS FURTHER ORDERED granting defendant's request for extension of time to file pretrial motions and that defendants shall have until _____ , 2016 to file pretrial motions.

      THE COURT finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____to_____.