IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>　　　　Defendant. | CR 15–986–01-PHX-DGC<br><br>**ORDER** GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS<br>(4th request) |

Upon motion of Defendant and no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from April 12, 2016 to **June 14, 2016 at 9:00 a.m.**  and continuing the pretrial motion deadline until May 6, 2016.

1 **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and
2 served in this matter, that they remain in effect and are answerable at the new trial date and
3 the party who served the subpoena should advise the witnesses of the trial date.
4 **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.
5 §3161(h)(7)(A) and (B) will commence from April 12, 2016 to June 14, 2016.
6 **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the
7 possibility of settlement and should settlement be reached, the parties shall notify the Court.
8 DATED this 14th day of March, 2016.

_____
David G. Campbell
United States District Judge