1  JAMES SUN PARK, #015232
   Park Law Office, PLC
2  2702 N. Third St., Suite 4005
   Phoenix, Arizona 85004
3  Telephone (602) 462-5700
4  sun@parklaw.us

5  Attorney for Defendant Lawson

6
7              IN THE UNITED STATES DISTRICT COURT
8                  FOR THE DISTRICT OF ARIZONA
9

10  United States of America,
11                                    No.CR 15-00986-PHX-DGC
            Plaintiff,
12  vs.                               **NOTICE OF CHANGE OF ADDRESS**
13
    Murray John Lawson,
14
15          Defendant.

16

17       James Sun Park, counsel for defendant, Lawson gives notice that

18  effective April 20, 2016, counsel's new address is as follows:

19
20              Park Law Office, PLC
                101 N. 1st Avenue, Suite 950
21              Phoenix, AZ 85003
22              (602) 462-5700
                sun@parklaw.us
23
         Respectfully submitted this 15th day of April 2016.
24
25              Park Law Office, PLC

26
                _s/ James S. Park_
27              James Sun Park
                Attorney for Defendant Lawson
28

1
2   The foregoing Notice of Change of Address via ECF this 15th day of April 2016.

3   Copy of the foregoing Notice of Change of Address to be e-mailed on the 15th day of April, 2016 to:

4   Mr. Murray John Lawson

5   by *J.S. Park*
    James Park

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28