X FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 8 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY S M_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-15-986-PHX-DGC (JZB) |
| Plaintiff, | |
| vs. | **CONSENT OF DEFENDANT** |
| Murray John Lawson, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required)

before the United States Magistrate Judge.

DATED this __8th__ day of __June__, 2016.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney