IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>　　　　Defendant. | NO. CR 15-00986-PHX-DGC (ESW)<br><br>**Order** |

Upon defendant Lawson's motion to modify condition of release to travel to Canada without any objection by the government and Pre-Trial Service Agency and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to modify conditions of release is granted to allow the defendant to travel to Canada from July 11, 2016 through July 26, 2016.  Defendant shall provide his itinerary to his pre-trial service officer.

IT IS FURTHER ORDERED that the Pre-Trial Service Agency is authorized to release defendant's passport to the defendant for the purpose of traveling to Canada.  Defendant shall surrender his passport to Pre-Trial Service

1  Agency by July 29, 2016, 5:00 p.m.    All other conditions of release shall
2  remain unchanged.
3
4         THE COURT finds excludable delay under 18 U.S.C. §
5  3161(h)_____from_____to_____.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28