AZD PS 41 (AZD Rev. 12/12)

## UNITED STATES PRETRIAL SERVICES OFFICE
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

## FOREIGN PASSPORT RECEIPT

Murray John Lawson
**Name on Passport**

QM020461
**Passport Number**

July 8, 2016
**Date Passport Returned to Defendant**

CANADA
**Country of Origin**

February 7, 2018
**Expiration Date**

_____
Murray John Lawson
**Defendant's Signature**

_____
Margo Galvan  Gina Sanchez
**Custodian's Signature**

**Purpose of Returning Passport:**
Per Court Order to release passport to defendant for travel. Defendant shall surrender his passport to Pretrial Services by 07/29/2016 at 5:00 pm.

_____
**Address (if mailed)**

**Date Passport must be surrendered:** July 29, 2016