# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** Immigration and Customs Enforcement – DRO<br>2035 N. Central Avenue<br>Phoenix, AZ 85004 | **FROM:** United States Pretrial Services<br>Sandra Day O'Connor Courthouse, Suite 260<br>401 W. Washington Street, SPC 8<br>Phoenix, Arizona 85003-2119<br>(602) 322-7350<br>Fax: (602) 322-7380 |

**Original Notice**

**Date:** July 28, 2016
**By:** MAG

---

| | |
|---|---|
| Defendant: Murray John Lawson | Case Number: 0970 2:15CR00986 |
| Date of Birth: | Place of Birth: Saskatchewan |
| SSN: | Alien ("A") Number: A076814463 |

**Notice of Court Order** (Order Date: September 3, 2016)

The above-named defendant surrendered Passport Number QM020461, (Issuing Country Canada) to the custody of the U.S. Pretrial Services on July 28, 2016.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court