JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st. Avenue, Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>Defendant. | No.CR 15-00986-PHX-DGC-1<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(1st Request)**<br><br>**(Defendant out of Custody)** |

Defendant Murray John Lawson, moves to continue the sentencing date of August 22, 2016, for sixty (60) days to allow the defendant to obtain mitigating information for his sentencing.  In addition, defendant needs the additional time to comply with the terms of his agreement regarding the restitution payments.  He had hoped to secure the fund by end of July/early August, but the funds will not be available for additional two months.

Assistant U.S. Attorney, Raymond Woo, and the assigned U.S. Probation Officer, Anna Hewes, do not objection to this motion.

1

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)

2

may occur as a result of this motion or from an order based thereon.

3

Respectfully submitted this 2nd day of August 2016.

4

5

6

Park Law Office, PLC

7

8

*s/ James S. Park*

9

James Sun Park

Attorney for Defendant Lawson

10

11

12

The foregoing Motion to Continue
Sentencing (1st Request) and Proposed Order filed
via ECF this 2nd day of August, 2016.

13

Copy of the foregoing Motion to Continue
Sentencing scheduled to be e-mailed

14

on the 2nd day of August, 2016 to:

15

Mr. Murray John Lawson

16

by *J.S. Park*
James Park

17

18

19

20

21

22

23

24

25

26

27

28