IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Murray John Lawson, | |
| Defendant. | |

Upon motion of the defendant Lawson to continue sentencing for sixty days without any objections by the government and United States Probation Office, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Sentencing is granted. IT IS FURTHER ORDERED that the sentencing set for August 22, 2016 is continued to _____, 2016 at _____ a.m./p.m. in Phoenix, Arizona.

No excludable delay under 18 U.S.C. § 3161 shall result from this order.