IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>vs.<br><br>Murray John Lawson,<br><br>　　　　Defendant. | No.CR 15-00986-PHX-DGC-1<br><br>**ORDER** |

　　Upon motion of the defendant Lawson to continue sentencing for sixty days without any objections by the government and United States Probation Office, and good cause appearing:

　　IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Sentencing is granted.

IT IS FURTHER ORDERED that the sentencing set for August 22, 2016 is continued to November 1, 2016 at 3:00 p.m. in Phoenix, Arizona.

Dated this 3rd day of August, 2016.

*David G. Campbell*
—————————————————
David G. Campbell
United States District Judge