JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st Ave., Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 15-00986-PHX-DGC (ESW) |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| Murray John Lawson, | |
| Defendant. | (4th Request) |

    Defendant Murray John Lawson moves to modify his conditions of release to allow travel to Canada.  As part of the plea agreement, Mr. Lawson needs to make arrangements to pay back the victim a substantial amount of restitution prior to sentencing.  Mr. Lawson had previously traveled to Canada to make the arrangements, but was only partially successful.  He needs to travel to Canada to obtain the additional funding from his family members and close friends.  Mr. Lawson will be traveling to Canada by a vehicle and his anticipated travel dates are from October 3, 2016 through October 24, 2016.

As part of his conditions of release, the Court ordered that Mr. Lawson surrender his Canadian passport to the Pre-Trial Service Agency. (Dkt# 16). Defendant re-surrendered his passport to the Pre-Trial Service Agency on July 28, 2016 when he returned from Canada. (Dkt.# 51). Defendant needs his passport to gain entry into Canada. Defendant will re-surrender his passport back to Pre-Trial Service Agency after his return from Canada.

Mr. Woo, the assigned Assistant United States Attorney, and Mr. Wamboltd, his assigned Pre-trial Service Officer, have no objections to defendant traveling to Canada for the limited duration identified in this motion. Messrs. Woo and Wamboltd also do not object to temporary release of the passport back to Mr. Lawson for the purpose of the travel.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) will occur as a result of this motion or from an order based.

Respectfully submitted this 20th day of September, 2016.

Park Law Office, PLC

*s/ James S. Park*
James Sun Park
Attorney for Defendant Lawson

The foregoing Motion to Modify Conditions of Release (3rd Request) and Proposed Order filed via ECF this 14th day of June, 2016.

Copy of the foregoing
e-mailed on the 14th day of June, 2016 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park