JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st. Avenue, Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| vs. | |
| Murray John Lawson, | **(2nd Request)** |
| Defendant. | **(Defendant out of Custody)** |

Defendant Murray John Lawson, moves to continue the sentencing date of November 1, 2016, for thirty (30) days. Counsel for the defendant will be in trial before the Honorable Susan R. Bolton in *United States v. Vaughn Paul James* CR15-08178-PHX-SRB.

Assistant U.S. Attorney, Raymond Woo, and the assigned U.S. Probation Officer, Anna Hewes, do not object to this motion.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) may occur as a result of this motion or from an order based thereon.

Respectfully submitted this 28th day of September, 2016.

                                       Park Law Office, PLC


                                       *s/ James S. Park*
                                       James Sun Park
                                       Attorney for Defendant Lawson

The foregoing Motion to Continue Sentencing (1st Request) and Proposed Order filed via ECF this 28th day of September, 2016.

Copy of the foregoing Motion to Continue Sentencing scheduled to be e-mailed on the 28th day of September, 2016 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park

- 2 -