IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>　　　　　Defendant. | No.CR 15-00986-PHX-DGC-1<br><br>**ORDER**<br><br>(2nd Request) |

　　　Upon motion of the defendant Lawson to continue sentencing for thirty days without any objections by the government and United States Probation Office, and good cause appearing:

　　　IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Sentencing is granted.  IT IS FURTHER ORDERED that the sentencing set for November 1, 2016 is continued to _____, 2016 at _____ a.m./p.m. in Phoenix, Arizona.

　　　No excludable delay under 18 U.S.C. § 3161 shall result from this order.