IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Murray John Lawson, | (2nd Request) |
| Defendant. | |

Upon motion of the defendant Lawson to continue sentencing for thirty days without any objections by the government and United States Probation Office, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Sentencing is granted. IT IS FURTHER ORDERED that the sentencing set for November 1, 2016 is continued to December 5, 2016 at 4:00 p.m. in Phoenix, Arizona.

Dated this 29th day of September, 2016.

_____
David G. Campbell
United States District Judge