**UNITED STATES PRETRIAL SERVICES OFFICE**
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

# PASSPORT RECEIPT

Murray John Lawson
**Name on Passport**

QM20461
**Passport Number**

November 3, 2016
**Date Passport Returned to Defendant**

Canada
**Country of Origin**

February 7, 2018
**Expiration Date**

_____
Murray John Lawson
**Defendant's Signature**

_____
Veronica Espinosa
**Custodian's Signature**

**Purpose of Returning Passport:**
Travel to Canada from November 1, 2016 through November 22, 2016

**Address (if mailed)**

**Date Passport must be surrendered:** November 22, 2016