JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st. Avenue, Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| vs. | |
| Murray John Lawson, | **(3rd Request)** |
| Defendant. | **(Defendant out of Custody)** |

Defendant Murray John Lawson, moves to continue the sentencing date of December 5, 2016, for at least sixty (60) days. As part of the terms of the plea agreement, defendant had to make restitution payments in advance of his sentencing. As stated in his motion to modify conditions of release (Dkt# 58), defendant had been making trips up to Canada, his country of citizenship, to secure funding for the restitution.

The funding was supposed to come from family/friends who run larger size farm operations. However, due to a very unusual weather in Canada, the harvest was delayed. Undersigned counsel has spoken to one of Mr. Lawson's

friends who still intends to lend money to Mr. Lawson. However, the delay in the harvest has created a domino effect in funding. Until he delivers the grain, he cannot secure the funds.

Assistant U.S. Attorney, Raymond Woo, and the assigned U.S. Probation Officer, Anna Hewes, do not object to this motion.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) may occur as a result of this motion or from an order based thereon.

Respectfully submitted this 23rd day of November, 2016.


                Park Law Office, PLC


                <u>s/ James S. Park</u>
                James Sun Park
                Attorney for Defendant Lawson

The foregoing Motion to Continue Sentencing (3rd Request) and Proposed Order filed via ECF this 23rd day of November, 2016.

Copy of the foregoing Motion to Continue Sentencing scheduled to be e-mailed on the 23rd day of November, 2016 to:

Mr. Murray John Lawson

by <u>J.S. Park</u>
James Park