IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>Defendant. | No. CR 15-00986-PHX-DGC-1<br><br>**ORDER**<br><br>(3rd Request) |
|---|---|

Upon motion of the defendant Lawson to continue sentencing for sixty days without any objections by the government and United States Probation Office, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Sentencing is granted. IT IS FURTHER ORDERED that the sentencing set for December 5, 2016 is continued to _____, 2017 at _____ a.m./p.m. in Phoenix, Arizona.

No excludable delay under 18 U.S.C. § 3161 shall result from this order.