IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>　　　　　Defendant. | No.CR 15-00986-PHX-DGC-1<br><br>**ORDER**<br><br>(3rd Request) |

Upon motion of the defendant Lawson to continue sentencing for sixty days without any objections by the government and United States Probation Office, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Sentencing is granted. IT IS FURTHER ORDERED that the sentencing set for December 5, 2016 is continued to February 13, 2017 at 4:00 p.m. in Phoenix, Arizona.

Dated this 29th day of November, 2016.

_____
David G. Campbell
United States District Judge