JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st. Avenue, Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| vs. | |
| Murray John Lawson, | **(4th Request)** |
| Defendant. | **(Defendant out of Custody)** |

  Defendant Murray John Lawson, moves to continue the sentencing date of February 13, 2016, for at least ninety (90) days. As previously stated in its past motions to continue sentencing, defendant has to make restitution payments in advance of his sentencing as part of the plea agreement. Undersigned counsel received information from one of Mr. Lawson's primary funder that the payments for crop and insurance payments for the loss of crops will be paid out in April. Mr. Lawson will need to make another trip to Canada in mid-April to secure the loan and to sign the necessary papers for the loan documents.

Assistant U.S. Attorney, Raymond Woo, and the assigned U.S. Probation Officer, Anna Hewes, do not object to this motion.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) may occur as a result of this motion or from an order based thereon.

Respectfully submitted this 26th day of January, 2017.

                                        Park Law Office, PLC

                                        *s/ James S. Park*
                                        James Sun Park
                                        Attorney for Defendant Lawson

The foregoing Motion to Continue Sentencing (4th Request) and Proposed Order filed via ECF this 26rd day of January, 2017.

Copy of the foregoing Motion to Continue Sentencing scheduled to be e-mailed on the 26th day of January, 2017 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park