IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR 15-00986-PHX-DGC (ESW) |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Murray John Lawson, | **(6th Request)** |
| Defendant. | |

Upon defendant Lawson's motion to modify condition of release to travel to Canada without any objection by the government and Pre-Trial Service Agency and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to modify conditions of release is granted to allow the defendant to travel to Canada from April 12, 2017 through May 1, 2017.  Defendant shall provide his itinerary to his pre-trial service officer.

IT IS FURTHER ORDERED that the Pre-Trial Service Agency is authorized to release defendant's passport to the defendant for the purpose of travel to Canada.  Defendant shall surrender his passport to Pre-Trial Service

Agency by May 4, 2017, 5:00 p.m. upon his return trip from Canada.  All other conditions of release shall remain unchanged.

      THE COURT finds excludable delay under 18 U.S.C. § 3161(h)_____ from_____to_____.