AZD PS 41 (AZD Rev. 12/12)

# UNITED STATES PRETRIAL SERVICES OFFICE

Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

## PASSPORT RECEIPT

Murray John Lawson
**Name on Passport**

QM20461
**Passport Number**

April 11, 2017
**Date Passport Returned to Defendant**

Canada
**Country of Origin**

February 7, 2018
**Expiration Date**

_____
Murray John Lawson
**Defendant's Signature**

_____
Margo Galvan
**Custodian's Signature**

**Purpose of Returning Passport:**
Order granting defendant to travel to Canada from April 12, 2017 through May 1, 2017.

**Address (if mailed)**

**Date Passport must be surrendered:** May 4, 2017