JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st. Avenue, Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| vs. | |
| Murray John Lawson, | **(5th Request)** |
| Defendant. | **(Defendant out of Custody)** |

    Defendant Murray John Lawson, moves to continue the sentencing date of May 15, 2017, for at least one hundred twenty (120) days. As previously stated in its past motions to continue sentencing, defendant has to make restitution payments in advance of his sentencing as part of the plea agreement. Mr. Lawson recently traveled to Canada to finalize the agreement to obtain the loans. However, there has been delay to the individual who was going to fund Mr. Lawson. The crop insurance payments will not be paid out until end of

July.[1]  Mr. Lawson will need to make another trip to Canada in mid-August to secure the loan and to sign the necessary papers for the loan documents.

Assistant U.S. Attorney, Raymond Woo, and the assigned U.S. Probation Officer, Anna Hewes, do not object to this motion.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) may occur as a result of this motion or from an order based thereon.

Respectfully submitted this 2nd day of May, 2017.

                          Park Law Office, PLC

                          *s/ James S. Park*
                          James Sun Park
                          Attorney for Defendant Lawson

The foregoing Motion to Continue Sentencing (5th Request) and Proposed Order filed via ECF this 2nd day of May, 2017.

Copy of the foregoing Motion to Continue Sentencing scheduled to be e-mailed on the 2nd day of May, 2017 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park

---

[1] According to Mr. Lawson's funder, there is a possibility that the insurance payments could occur in end of June.