# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement – DRO
2035 N. Central Avenue
Phoenix, AZ 85004

**FROM:** United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

**Re-surrender Notice**

**Date:** May 4, 2017
**By:** MAG

**Defendant:** Murray John Lawson
**Date of Birth:**
**SSN:**

**Case Number:** 0970 2:15CR00986
**Place of Birth:** Saskatchewan
**Alien ("A") Number:** INS Number

**Notice of Court Order** (Order Date: September 3, 2015)

The above-named defendant surrendered Passport Number QM020461, (Issuing Country Canada) to the custody of the U.S. Pretrial Services on May 4, 2017.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court