IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Murray John Lawson, | (5th Request) |
| Defendant. | |

Upon motion of the defendant Lawson to continue sentencing for 120 days without any objections by the government and United States Probation Office, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Sentencing is granted.  IT IS FURTHER ORDERED that the sentencing set for May 15, 2017 is continued to September 18, 2017 at 4:00 p.m., in Phoenix, Arizona.

Dated this 10th day of May, 2017.

_____
David G. Campbell
United States District Judge