1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st Ave., Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC (ESW) |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| Murray John Lawson, | |
| Defendant. | (8th Request) |

Defendant Murray John Lawson moves to modify his conditions of

release to allow additional two week stay in Canada.  In the previous order, the

Court allowed the defendant to travel to Canada through August 4, 2017.

(Dkt.# 74).  Mr. Lawson needs additional two weeks to make final

arrangements to pay back the restitution, including insuring that the funds clear

Upon his return from Canada, Mr. Lawson will re-surrender his passport back

to Pre-Trial Service Agency.

1    Mr. Woo, the assigned Assistant United States Attorney, and Mr.

2    Wamboltd, his assigned Pre-trial Service Officer, have no objections to

3

4    defendant traveling to Canada through August 18, 2017.

5    It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)

6    will occur as a result of this motion or from an order based.

7    Respectfully submitted this 25th day of July, 2017.

8

9                                          Park Law Office, PLC

10

                                           s/ James S. Park
11                                         James Sun Park
                                           Attorney for Defendant Lawson
12

13
     The foregoing Motion to Modify Conditions of Release
14   (8th Request) and Proposed Order filed
     via ECF this 25th day of July, 2017.
15
     Copy of the foregoing scheduled to be
     e-mailed on the 25th day of July, 2017 to:
16
     Mr. Murray John Lawson
17
     by J.S. Park
18   James Park

19

20

21

22

23

24

25

26

27

28