IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>　　　　Defendant. | NO. CR 15-00986-PHX-DGC (ESW)<br><br>**ORDER**<br><br>**(8th Request)** |

Upon defendant Lawson's motion to modify condition of release to travel to Canada for additional two weeks without any objection by the government and Pre-Trial Service Agency and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to modify conditions of release is granted to allow the defendant to travel to Canada through August 18, 2017. Defendant shall provide his updated itinerary to his pre-trial service officer.

IT IS FURTHER ORDERED that the Defendant shall surrender his passport to Pre-Trial Service Agency by August 21, 2017, 5:00 p.m. upon his

return trip from Canada.  All other conditions of release shall remain unchanged.

THE COURT finds excludable delay under 18 U.S.C. § 3161(h)_____ from_____to_____.