1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8
9
10

United States of America,

Plaintiff,

11

vs.

12
13

Murray John Lawson,

14

Defendant.

NO. CR 15-00986-PHX-DGC (ESW)

**ORDER**

**(8th Request)**

15
16

Upon defendant Lawson's motion to modify condition of release to travel

17

to Canada for additional two weeks without any objection by the government

18
19

and Pre-Trial Service Agency and good cause appearing:

20

IT IS HEREBY ORDERED that Defendant Lawson's Motion to modify

21

conditions of release is granted to allow the defendant to travel to Canada

22
23

through August 18, 2017.  Defendant shall provide his updated itinerary to his

24

pre-trial service officer.

25

IT IS FURTHER ORDERED that the Defendant shall surrender his

26
27

passport to Pre-Trial Service Agency by August 21, 2017, 5:00 p.m. upon his

28

return trip from Canada.  All other conditions of release shall remain unchanged.

THE COURT finds excludable delay under 18 U.S.C. § 3161(h)_____ from_____to_____.


Dated this 3rd day of August, 2017.


_____
David G. Campbell
United States District Judge