1

2    JAMES SUN PARK, #015232
     Park Law Office, PLC
3    101 N. 1st. Avenue, Suite 950
     Phoenix, Arizona 85003
4    Telephone (602) 462-5700
     sun@parklaw.us

5    Attorney for Defendant Lawson

6

7                    IN THE UNITED STATES DISTRICT COURT

8                       FOR THE DISTRICT OF ARIZONA

9

10   United States of America,                No.CR 15-00986-PHX-DGC-1

11                    Plaintiff,              **MOTION TO CONTINUE**
                                               **SENTENCING**
12   vs.

13                                             **(6th Request)**
     Murray John Lawson,
14
                                               **(Defendant out of Custody)**
15                   Defendant.

16          Defendant Murray John Lawson, moves to continue the sentencing date

17   of September 18, 2016, for forty-five (45) days.  As previously stated in its past

18   motions to continue sentencing, defendant has made arrangements to secure the

19

20   funding for the restitution.  He needs to travel one more time to sign the loan

21   documents and transfer the money to the United States.

22

23          In addition, undersigned counsel will be undergoing spinal surgery on the

24   29th of August and is expected to be out 2-4 weeks to recuperate.  Depending on

25

26   the speed of recovery, undersigned counsel may still be out of the office at the

27   time currently set for sentencing.

28

1       Assistant U.S. Attorney, Raymond Woo, and the assigned U.S. Probation

2   Officer, Anna Hewes, do not object to this motion.

3

4       It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)

5   may occur as a result of this motion or from an order based thereon.

6       Respectfully submitted this 24th day of August, 2017.

7

8

9                                       Park Law Office, PLC

10

11                                 *s/ James S. Park*

12                                 James Sun Park
                              Attorney for Defendant Lawson

13

14   The foregoing Motion to Continue
Sentencing (6th Request) and Proposed Order filed

15   via ECF this 24th day of August, 2017.

16   Copy of the foregoing Motion to Continue
Sentencing scheduled to be e-mailed

17   on the 24th day of August, 2017 to:

18   Mr. Murray John Lawson

by *J.S. Park*

19   James Park

20

21

22

23

24

25

26

27

28