IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>     Defendant. | No. CR 15-00986-PHX-DGC-1<br><br>**ORDER**<br><br>(6th Request) |

Upon motion of the defendant Lawson to continue sentencing for 45 days without any objections by the government and United States Probation Office, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lawson's Motion to Continue Sentencing is granted. IT IS FURTHER ORDERED that the sentencing set for September 18, 2017 is continued to _____, 2017 at _____ a.m./p.m. in Phoenix, Arizona.

No excludable delay under 18 U.S.C. § 3161 shall result from this order.