JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st Ave., Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC (ESW) |
| Plaintiff, | |
| vs. | **DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |
| Murray John Lawson, | |
| Defendant. | (9th Request) |

    Defendant Murray John Lawson moves to modify his conditions of release to allow travel to Canada. As part of the plea agreement, Mr. Lawson needs to make arrangements to pay back the victim a substantial amount of restitution prior to sentencing. Mr. Lawson had previously traveled to Canada to make the arrangements, but was only partially successful. He needs to travel to Canada one final time to obtain the funding. Mr. Lawson had anticipated traveling to Canada during the week of October 23, 2017. As part of his conditions of release, the Court ordered that Mr. Lawson surrender his

Canadian passport to the Pre-Trial Service Agency. (Dkt# 16).[1]  Defendant needs his passport to gain entry into Canada and would like to obtain the passport by the 18th of October, 2017.  Defendant will re-surrender his passport back to Pre-Trial Service Agency after his return from Canada.

Mr. Woo, the assigned Assistant United States Attorney, and Mr. Wamboltd, his assigned Pre-trial Service Officer, have no objections to defendant traveling to Canada for the limited duration identified in this motion. Messrs. Woo and Wamboltd also do not object to temporary release of the passport back to Mr. Lawson for the purpose of the travel.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) will occur as a result of this motion or from an order based.

Respectfully submitted this 6th day of October, 2017.

Park Law Office, PLC

*s/ James S. Park*
James Sun Park
Attorney for Defendant Lawson

The foregoing Motion to Modify Conditions of Release (9th Request) and Proposed Order filed via ECF this 9th day of October, 2017.

Copy of the foregoing
e-mailed on the 9th day of October, 2017 to:

Mr. Murray John Lawson

by *J.S. Park*
James Park

---

[1] Mr. Lawson's passport is still in the possession of the Pre-Trial Service Agency.