AZD PS 41 (AZD Rev. 12/12)

# UNITED STATES PRETRIAL SERVICES OFFICE
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

## PASSPORT RECEIPT

Murray John Lawson
**Name on Passport**

XXXXX461
**Passport Number**

October 19, 2017
**Date Passport Returned to Defendant**

Canada
**Country of Origin**

February 7, 2018
**Expiration Date**

_____
Murray John Lawson
**Defendant's Signature**

_____
Margo Galvan
**Custodian's Signature**

**Purpose of Returning Passport:**
Per court order to release defendants passport to the defendant for the purpose of travel to Canada. Defendant shall surrender his passport to Pre-Trial Services Agency by October 30, 2017 no later than 5:00 pm.

**Address (if mailed)**

**Date Passport must be surrendered:** October 30, 2017