JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st. Avenue, Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.CR 15-00986-PHX-DGC-1 |
| Plaintiff, | **MOTION TO WITHDRAW AS** |
| vs. | **COUNSEL OF RECORD** |
| Murray John Lawson, | |
| Defendant. | |

Undersigned counsel moves to withdraw as attorney of record for Murray Lawson.  Undersigned counsel was appointed under the Criminal Justice Act to represent Mr. Lawson.  After entering a guilty plea, Mr. Lawson did not show up for sentencing, which was scheduled for the 1st of November, 2017.  Three weeks has elapsed since the sentencing hearing and it does not appear that Mr. Lawson will be appearing for sentencing in the near future and the continued representation of Mr. Lawson under the Criminal Justice Act would be futile.  Therefore, undersigned counsel moves to withdraw as Mr. Lawson's counsel of record.

1     It is not expected that excludable delay under Title 18 U.S.C. § 3161(h)

2   may occur as a result of this motion or from an order based thereon.

3

4     Respectfully submitted this 22nd day of November, 2017.

5

6                                         Park Law Office, PLC

7

8                                         s/ James S. Park

9                                         James Sun Park
                                          Attorney for Defendant Lawson
10

11

12   The foregoing Motion to Withdraw
     and Proposed Order filed
     via ECF this 22nd day of November, 2017.
13
     Copy of the foregoing Motion to Withdraw
14   scheduled to be e-mailed
     on the 22nd day of November, 2017 to:

15   Mr. Murray John Lawson

16   by J.S. Park
     James Park

17

18

19

20

21

22

23

24

25

26

27

28