IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Murray John Lawson,<br><br>Defendant. | No.CR 15-00986-PHX-DGC-1<br><br>**ORDER** |

Upon motion of James Park to withdraw as appointed counsel for Defendant Lawson and good cause appearing:

IT IS HEREBY ORDERED that James Park is terminated as counsel of record for defendant Murray John Lawson.

No excludable delay under 18 U.S.C. § 3161 shall result from this order.