IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Murray John Lawson, | |
| Defendant. | |

IT IS HEREBY ORDERED that counsel James Park's motion to withdraw as counsel of record (doc.90) is denied without prejudice. Counsel is granted leave to resubmit the motion after 2 months.

Dated this 27th day of November, 2017.

_____
David G. Campbell
United States District Judge