JAMES SUN PARK, #015232
Park Law Office, PLC
101 N. 1st. Avenue, Suite 950
Phoenix, Arizona 85003
Telephone (602) 462-5700
sun@parklaw.us

Attorney for Defendant Lawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 15-00986-PHX-DGC-1 |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | |
| Murray John Lawson, | **(Second Request)[1]** |
| Defendant. | |

Undersigned counsel moves to withdraw as attorney of record for Murray Lawson. Undersigned counsel was appointed under the Criminal Justice Act to represent Mr. Lawson. After entering a guilty plea, Mr. Lawson did not show up for sentencing, which was scheduled for the 1st of November, 2017. Three months has elapsed since the sentencing hearing and Mr. Lawson has made no efforts to be sentenced. The continued representation of Mr. Lawson under the Criminal Justice Act would be futile and undersigned counsel does not know

---

[1] On November 27, 2017, the Court denied the undersigned counsel's motion to withdraw without prejudice with leave to resubmit after two months. (Dkt. # 91).

the current whereabouts of Mr. Lawson.  Therefore, undersigned counsel moves to withdraw as Mr. Lawson's counsel of record.

It is not expected that excludable delay under Title 18 U.S.C. § 3161(h) may occur as a result of this motion or from an order based thereon.

Respectfully submitted this 1st day of February, 2018.

Park Law Office, PLC


*s/ James S. Park*
James Sun Park
Attorney for Defendant Lawson

**Certificate of Service**

I hereby certify that on the 1st day of February, 2018, I electronically transmitted the document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registered participants of this case.  A copy of the foregoing was emailed to chambers of the Honorable David G. Campbell.

*S/ James Park*
J.S. Park