ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

RAYMOND K. WOO
Arizona Bar No. 023050
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: raymond.woo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-1454-PHX-DJH |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Murray John Lawson, | |
| Defendant. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case CR-15-986-PHX-DGC.

Respectfully submitted this 31st day of October, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

RAYMOND K. WOO
Assistant U.S. Attorney