```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA

                    _____

United States of America,       )
                                )
                    Plaintiff,  ) 2:15-CR-00986-PHX
                                )
        vs.                     ) Phoenix, Arizona
                                ) November 1, 2017
Murray J. Lawson,               ) 2:00 p.m.
                                )
                    Defendant.  )
_____)


      BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

          REPORTER'S TRANSCRIPT OF PROCEEDINGS

            STATUS CONFERENCE RE: SENTENCING
```

For the Government:
    U.S. Attorney's Office
    By: **RAYMOND K. WOO**, ESQ.
    40 North Central Ave., Ste. 1200
    Phoenix, AZ  85004

For the Defendant:
    Park Law Office PLC
    By: **JAMES SUN PARK**, ESQ.
    P.O. Box 30401
    Phoenix, AZ  85046


Official Court Reporter:
Patricia Lyons, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Ste. 312
401 West Washington Street, SPC 41
Phoenix, Arizona  85003-2150
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared with Computer-Aided Transcription

**P R O C E E D I N G S**

THE COURTROOM DEPUTY: Criminal case 2015-986, United States of America versus Murray John Lawson, on for sentencing.

MR. WOO: Your Honor, Ray Woo for the United States. Good afternoon.

THE COURT: Good afternoon.

MR. PARK: Good afternoon, Judge. Jim Park appearing on behalf of Mr. Lawson. He is not present and is out of custody. Did you want me to address the issue briefly, Judge?

As far as I know, he went to Canada but he did not return because he did not surrender his passport back to pretrial services as required by this Monday 5 p.m. I believe he's still in Canada.

What he has been working on, Judge, is securing restitution through his friends. He has secured the funding but it was in Canadian dollars, so he's in the process of depositing to his account, getting the money converted to American dollars in the United States and paying the $400,000 restitution off. That's still his intention. This case has been going on more than two years, Judge. He's been to Canada multiple times and never violated pretrial services orders or his conditions.

1          At this time, Judge, I'd ask for a short
2    continuance, approximately two weeks, so he can follow
3    through on his funding and we'll get the check over to the
4    United States Attorney's Office, cashier's check that they
5    had requested in the name of the victim, and that would show
6    his faith that he intends to comply and go through with the
7    terms of the plea agreement and the sentencing.  Whereas with
8    a warrant, if you were to issue a warrant, then he couldn't
9    cross at the border without getting picked up and that would
10   require a lot lengthier time before he can even get to the
11   sentencing stage.
12          So, Judge, at this time I request a two-week
13   continuance so that he can follow through on his requirement
14   of the plea agreement.
15          THE COURT:  Does he know about today's sentencing?
16          MR. PARK:  He is aware of today's sentencing, Judge.
17          THE COURT:  All right.
18          Mr. Woo.
19          MR. WOO:  Your Honor, I have no reason to doubt what
20   Mr. Park is saying to the Court so I don't object to a short
21   continuance.
22          THE COURT:  Well, I would be inclined to entertain
23   your suggestion, Mr. Park, if we had received communication
24   from Mr. Lawson.
25          MR. PARK:  He has been e-mailing me, Judge.  I don't

1   know where he is in Canada, but he has been e-mailing me.

2              THE COURT: Did he E-mail you about the date today?

3              MR. PARK: He said that he did e-mail me -- he knows

4   about today's date, Judge. I've communicated to him multiple

5   times. And he's secured the money, according to Mr. Lawson,

6   and he's just trying to convert it to American dollars from

7   Canadian dollars.

8              THE COURT: Well, I understand what you're saying,

9   Mr. Park, but he's been to Canada half a dozen times to get

10  this done. I know that because I've had to authorize it each

11  time.

12             For him to do that, not get it accomplished and then

13  not show up on the day of his sentencing when he knows it is

14  the day of his sentencing, to me, doesn't provide me basis to

15  think it's going to happen in the next two weeks, so I'm

16  going to issue a warrant. I'm not confident that Mr. Lawson

17  is going to follow through on what he's been saying for

18  months he would do, and what he was supposed to do by last

19  August and has not accomplished. And, therefore, I think the

20  best course for me to do is issue a warrant.

21             Now, obviously, if he communicates with you and he

22  tells you he has the money, you can communicate with Mr. Woo

23  and maybe some arrangement can be made to get that money

24  transferred and done so that we can actually consider the

25  sentencing. But at this point, given the multiple

1  opportunities he's had to get the money, given his commitment
2  to get it done by last August, which he didn't meet, and
3  given his failure to appear for his sentencing today, my
4  conclusion is that a warrant is the right course.
5              So that's what we'll do.  We'll issue a warrant.
6  And I assume you'll be in touch with him.
7              If this creates an issue you want to raise with me,
8  I'll be happy to talk with you two on the phone at some point
9  on short notice, although there may be some limitations on my
10 ability to do it on too short of notice.  But I'm happy to
11 respond if there's something I can intervene to help with.
12 But I take his failure to appear today very seriously and
13 think a warrant is needed.
14             MR. PARK:  Understand, Judge.
15             THE COURT:  Okay.  We'll issue the warrant.
16             Traci, is there anything else we need to do in terms
17 of scheduling?  We can't schedule another sentencing.
18             THE COURTROOM DEPUTY:  Not until he's picked up.
19             THE COURT:  Okay.  That's what we'll do.
20             MR. PARK:  Thank you, Judge.
21             THE COURT:  Thanks.
22             (End of transcript.)
23                           *  *  *  *  *
24
25

**C E R T I F I C A T E**

I, PATRICIA LYONS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control, and to the best of my ability.

DATED at Phoenix, Arizona, this 27th day of April, 2023.

s/ Patricia Lyons, RMR, CRR
Official Court Reporter